IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: April 24, 2025 |
| AZZUBAYR IBN ABDUL JOSEY | : | VIOLATIONS: |
| | | 18 U.S.C. § 2119 (carjacking – 2 counts) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying and brandishing a firearm during and in |
| | : | relation to a crime of violence – 2 counts) |
| | | 18 U.S.C. § 1951(a) (robbery which |
| | : | interferes with interstate commerce – 2 counts) |
| | : | 18 U.S.C. § 922(j) (possession of a stolen firearm – 1 count) |
| | : | 18 U.S.C. § 2 (aiding and abetting) |
| | | Notices of Forfeiture |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about November 9, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**AZZUBAYR IBN ABDUL JOSEY,**

with intent to cause death and serious bodily harm, took from the person and presence of R.D., a person known to the grand jury, by force and violence, and by intimidation, a motor vehicle, that is, a 2011 Toyota Sienna, VIN 5TDJK3DC3BS029206, Pennsylvania license plate MGD-4980, that had been transported, shipped, and received in interstate commerce.

In violation of Title 18, United States Code, Section 2119.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 9, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**AZZUBAYR IBN ABDUL JOSEY**

knowingly used and carried a firearm, that is, a semi-automatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Sections 2119, as charged in Count One of this indictment, and the firearm was brandished.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 24, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**AZZUBAYR IBN ABDUL JOSEY**

and a person unknown to the grand jury, with intent to cause death and serious bodily harm, took, and aided and abetted the taking of, from the persons and presence of S.C. and Y.K, persons known to the grand jury, by force and violence, and by intimidation, a motor vehicle, that is, a 2006 Honda Civic, VIN 1HGFA16846L153466, New Jersey license plate V35UBY, that had been transported, shipped, and received in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 24, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**AZZUBAYR IBN ABDUL JOSEY**

knowingly used and carried, and aided and abetted the using and carrying of, a firearm, that is, a semi-automatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, and aiding and abetting, in violation of Title 18, United States Code, Sections 2119 and 2, as charged in Count Three of this indictment, and the firearm was brandished.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. The Family Dollar, located at 7740 City Avenue, Philadelphia, Pennsylvania, was a business engaged in and affecting interstate commerce, by providing customers with goods and services produced, purchased, and transported from other states to Pennsylvania.

2. On or about November 24, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**AZZUBAYR IBN ABDUL JOSEY**

obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by robbery, in that defendant JOSEY unlawfully took and obtained approximately $265 in United States currency, belonging to the Family Dollar, from employees of that business, against their will, by means of actual or threatened force, violence, and fear of injury, immediate and future to their person and property, that is, by threatening the employees, simulating that he possessed a firearm to threaten and control the victim employees and steal money from the Family Dollar.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. The CVS Pharmacy, located at 4314 Locust Street, Philadelphia, Pennsylvania, was a business engaged in and affecting interstate commerce, by providing customers with goods and services produced, purchased, and transported from other states to Pennsylvania.

2. On or about November 25, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**AZZUBAYR IBN ABDUL JOSEY**

obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by robbery, in that defendant JOSEY unlawfully took and obtained approximately $400 in United States currency, belonging to the CVS Pharmacy, from employees of that business, against their will, by means of actual or threatened force, violence, and fear of injury, immediate and future to their person and property, that is, by threatening the employees, simulating that he possessed a firearm to threaten and control the victim employees, and stealing money from the CVS Pharmacy.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 11, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**AZZUBAYR IBN ABDUL JOSEY**

knowingly possessed a stolen firearm, that is, a Glock, model 45, 9mm semi-automatic pistol, bearing serial number BSNL507, loaded with 17 live rounds of 9mm caliber ammunition, which had been shipped and transported in foreign commerce before it was stolen, knowing and having reasonable cause to believe that the firearm was stolen.

In violation of Title 18, United States Code, Section 922(j).

## NOTICE OF FORFEITURE NO. 1

THE GRAND JURY FURTHER CHARGES THAT:

1. As a result of the violations of Title 18, United States Code, Section 1951(a), set forth in this indictment, defendant

**AZZUBAYR IBN ABDUL JOSEY**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations, including, but not limited to, the sum of $665.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

## NOTICE OF FORFEITURE NO. 2

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(j), set forth in this indictment, defendant

**AZZUBAYR IBN ABDUL JOSEY**

shall forfeit to the United States of America the firearms and ammunition involved in the commission of such offense, including, but not limited to:

1. a Glock, model 45, 9mm semi-automatic pistol, bearing serial number BSNL507;

2. 17 live rounds of 9mm caliber ammunition;

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**DAVID METCALF**
**UNITED STATES ATTORNEY**

No._____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

AZZUBAYR IBN ABDUL JOSEY

INDICTMENT

Counts
**18 U.S.C. § 2119 (carjacking – 2 counts)**
**18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying and brandishing a firearm during and in relation to a crime of violence – 2 counts)**
**18 U.S.C. § 1951(a) (robbery which interferes with interstate commerce – 2 counts)**
**18 U.S.C. § 922(j) (possession of a stolen firearm – 1 count)**
**18 U.S.C. § 2 (aiding and abetting)**
**Notices of Forfeiture**

